UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MONTANO,<br><br>    Petitioner,<br><br>    v.<br><br>M. ELIOT SPEARMAN,<br><br>    Respondent. | No. 2:19-cv-00650 TLN GGH P<br><br><br><u>ORDER TO SHOW CAUSE</u> |

Petitioner, a state prisoner proceeding through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c). On June 28, 2019, respondent filed a motion to dismiss. ECF No. 8. A motion hearing is scheduled for September 5, 2019. <u>Id.</u> However, petitioner has failed to file an opposition, or statement of non-opposition within the requisite deadline. <u>See</u> ECF No. 3.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion hearing date of September 5, 2019 at 9:00 a.m. is VACATED;
2. Petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b). The filing of an opposition, or statement of non-opposition, within this timeframe will serve as cause and will discharge this order. If petitioner files

1

an opposition, petitioner shall also address why this motion should not be taken under submission and decided on the papers.

Dated: August 23, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE